# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ED HULL, an individual,<br><br>       Plaintiff,<br><br>  v.<br><br>SAMUEL F. MAGANA, an individual;<br>DIANA'S MEXICAN FOOD<br>PRODUCTS, INC., a California<br>corporation; and Does 1-10,<br><br>       Defendants. | Case No.: 2:20-cv-08758-JAK-SK<br><br>*Hon. John A. Kronstadt*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**JS-6** |

ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to <u>Fed. R. Civ. P. 41</u>, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's action against Defendant Diana's Mexican Food Products Inc. is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:   August 9, 2021

John A. Kronstadt
United States District Judge

ORDER FOR DISMISSAL WITH PREJUDICE